DETERMINED IN THE

## THIRD DISTRICT

OF THE

# APPELLATE COURT OF ILLINOIS,

## DURING THE YEAR 1904.

### Ruff Brewing Company v. John Schanz.

1. SPECIFIC PERFORMANCE—*when, will not be awarded.* A contract within the Statute of Frauds will not be specifically enforced where the defense of such statute is relied upon.

Proceeding for specific performance. Appeal from the Circuit Court of Adams County; the Hon. JOHN C. BROADY, Judge, presiding. Heard in this court at the November term, 1903. Affirmed. Opinion filed March 16, 1904. Rehearing denied May 27, 1904.

LOUIS H. BERGER, for appellant.

JOSEPH A. ROY and ARTHUR S. ROY, for appellee.

MR. PRESIDING JUSTICE BAUME delivered the opinion of the court.

This is a bill filed by appellant for the specific performance by appellee, of a parol contract for the leasing of certain premises located at the southeast corner of Fourth and State streets in the city of Quincy, for the term of five years and for the sale of certain chattel property. Appellee's demurrer to the bill was sustained and appellant electing to abide by its bill, the same was dismissed for want of equity.

The contract set up in the bill and sought to be specific-

ally enforced, is clearly within the inhibition of the Statute of Frauds and therefore subject to demurrer. Cloud v. Greasley, 125 Ill. 313.

The demurrer was properly sustained and the decree is affirmed.

*Affirmed.*